Robert Lauson, Esq. (SBN 175,486)
bob@lauson.com
Edwin Tarver, Esq. (SBN 201,943)
edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Telephone: (310) 726-0892
Facsimile: (310) 726-0893

Attorneys for Plaintiff, DEVICOM INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEVICOM INTERNATIONAL INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SNEAKERHEAD, an unknown entity; SNEAKERHEADUS.COM, an unknown entity; SNEAKERHEADUS.RU, an unknown entity; and DOES 1 through 10,<br><br>Defendants. | Civil Action No.<br>**CV11-00324** DSF(AGRx)<br><br>Complaint for Injunctive Relief for Federal Trademark Infringement<br><br>Demand For Jury Trial |

Plaintiff, DEVICOM INTERNATIONAL, INC., by and through its attorneys of record, alleges as follows:

### Jurisdiction And Venue

1. This is an action arising under the trademark laws of the United States, specifically the Lanham Act, 15 U.S.C. §§ 1051 et seq. This Court has

1  subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) as a federal question relating to trademarks, and under 28 U.S.C. §§ 1332(a) as there exists diversity of citizenship between the parties and at least $75,000 at stake.

2. This Court has personal jurisdiction over the other Defendants because they knew of the Plaintiff in California owning the SNEAKERHEAD® trademark and www.sneakerhead.com domain name, and they intentionally caused injuries on Plaintiff in California by infringing its registered mark and misappropriating its domain name. <u>Bancroft & Masters, Inc. v. Agusta Nat'l, Inc.</u> 223 F.3d 1082, 1087-1088 (9th Cir. 2000).

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(a), (b) because Defendants are subject to personal jurisdiction in this judicial district, and a substantial part of the events giving rise to the claim occurred here, among other reasons.

### **The Parties**

4. Plaintiff DEVICOM INTERNATIONAL, INC. is a corporation organized and existing under the laws of the State of California, engaged in online retail sales of athletic footwear and having an informational website at www.sneakerhead,com, with a mailing address of 16310 Arthur Street, Cerritos, California 90703 USA ("Devicom").

5. Defendant Sneakerhead is the owner and operator of a new retail store of that trade name selling athletic footwear, in a premium outlet mall located at 150-51 14th Avenue (First Floor), Whitestone, New York, 11357 USA tel. (718) 767-5100, in the Queens borough of New York City.

6. Defendant sneakerheadus.com is the owner and operator of a new domain name and website advertising and selling athletic shoes at www.sneakerheadus.com. Upon information and belief, this Defendant also has offices at the above same Whitestone, New York USA address.

7. Defendant sneakerheadus.ru is the owner and operator of a domain name and website advertising and selling athletic shoes at www.sneakerhead.ru. Upon information and belief, sales are occurring into the United States. Upon information and belief, this Defendant has offices in Moscow RUSSIA.

8. The true names and capacities, whether individual, corporate, associate, representative or otherwise, of DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues them by such fictitious names. Plaintiff will seek leave to amend this complaint to show the true names and capacities of the Defendants when they are ascertained. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants named as a DOE, along with the named Defendants, is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages herein alleged were legally or proximately caused by said Defendants. Wherever it is alleged that any act or omission was also done or committed by any specifically named Defendant or by Defendants generally, Plaintiff intends thereby to allege, and does allege, that the same act or omission was also done and committed by each and every Defendant named as a DOE, and each named Defendant, both separately and in concert or conspiracy with the named Defendants. On information and belief, and at all times mentioned herein, each of the Defendants named herein as DOES 1 through 10, inclusive, performed, participated in or abetted in some manner the acts alleged herein,

proximately caused the damages alleged herein below, and are liable to Plaintiff for the damages and relief sought herein.

## Plaintiff's Business

9. Devicom is the owner of U.S. trademark registration no. 3,355,451 SNEAKERHEAD® for retail store services featuring shoes and other wearable articles. See attached Exhibit A.

10. Since at least as early as 2003 Devicom has been selling a wide variety of athletic shoes online at sneakerhead.com. Exhibit B.

11. Devicom's website garners substantial traffic from across the U.S. including the New York city area, and Devicom sells and causes substantial quantities of shoes to be delivered across the U.S. into the New York City area.

## Defendants' Unlawful Activities

12. Defendants' New York City "brick-and-mortar" retail store opened October 7, 2010. Exhibit C.

13. Defendants' website sneakerheadus.com was launched in about November, 2010. Exhibit D.

14. Upon information and belief, Defendants knew of Plaintiff Devicom and its existing trademark rights and domain name, and nevertheless proceeded to use the Sneakerhead name in the U.S. and purposefully aimed its acts at Plaintiff in California.

///

///

## Count One

### Infringement of Federally Registered Trademark (15 U.S.C. § 1114(1))

### (Against All Defendants)

15. Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1- 14 as if fully set forth herein.

16. Defendants, without Plaintiff's consent, are using trademarks essentially identical to Plaintiff's SNEAKERHEAD® mark in commerce on or in connection with the sale, offering for sale, distribution, promotion and/or advertising of essentially identical goods and services, and such use is likely to cause confusion, or to cause mistake or to deceive.

17. Upon information and belief, Defendants' acts have been committed willfully and with knowledge of Plaintiff's exclusive rights in the SNEAKERHEAD® mark, as well as with bad faith and the intent to cause confusion, or to cause mistake and/or to deceive.

18. Defendants' wrongful acts have caused and will continue to cause irreparable harm to Plaintiff's SNEAKERHEAD® mark and to the goodwill in the SNEAKERHEAD® mark, which harm cannot be quantified, and unless this court restrains Defendants from further commission of said acts, Plaintiff will continue to suffer irreparable harm for which it has no adequate remedy at law.

19. As the acts alleged herein constitute a willful violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1114(1), and as Plaintiff has no adequate remedy at law, it is entitled to injunctive relief, as well as, reasonable attorneys' fees and costs.

///

## Prayer For Relief

WHEREFORE, Plaintiff Devicom, prays for judgment and relief as follows:

A) Judgment that Plaintiff owns the SNEAKERHEAD® registered mark and it is valid and enforceable;

B) Judgment that Defendants are infringing the SNEAKERHEAD® mark, and that Defendants' acts have been deliberate and willful;

C) Judgment that each of the Defendants, its owners, directors, officers, employees, and agents, and all those persons acting in active concert or in participation with them, and their successors and assigns, be preliminarily and permanently enjoined from further acts that infringe, contributorily infringe or induce infringement of the SNEAKERHEAD® mark, including using it as a trade name advertising or selling athletic shoes, or as part of a domain name (e.g. sneakerheadus.com, sneakerhead.ru);

D) Judgment that Defendants, and each of them, shall file with the court and serve on Plaintiff a written report stating what actions they have taken to comply with the Court's injunction, and said report shall be due within thirty (30) days after entry of the injunction;

E) Judgment that this case is exceptional, and that the Defendants individually and collectively be ordered to pay Plaintiff's reasonable attorney fees associated with this action;

F) Judgment that the Defendants individually and collectively be ordered to pay all costs and expenses incurred by Plaintiff associated with this action; and.

G) Judgment that Plaintiff be granted such other and additional relief as this Court may deem just and proper.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: Jan. 7, 2011   By: _____

Robert J. Lauson, Esq.
Attorneys for Plaintiff

**Demand For Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: Jan 7, 2011          By: _____

Robert J. Lauson, Esq.
Attorneys for Plaintiff

-8-

**Demand For Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

                              Respectfully submitted,

                              LAUSON & TARVER LLP

Dated: Jan 7, 2011         By: _____

                              Robert J. Lauson, Esq.
                              Attorneys for Plaintiff

**Demand For Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: Jan 7, 2011          By: _____

Robert J. Lauson, Esq.
Attorneys for Plaintiff



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Dec 14 04:05:46 EST 2010

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [SEARCH OG] [Bottom] [HELP] [Prev List] [Curr List]
[First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record:   **Record 2 out of 3**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)



# SNEAKERHEAD

| | |
|---|---|
| **Word Mark** | S SNEAKERHEAD |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services, featuring shoes and other wearable articles. FIRST USE: 20030301. FIRST USE IN COMMERCE: 20030301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.13.21 - Quadrilaterals that are completely or partially shaded<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Trademark Search Facility Classification Code** | LETS-1 S A single letter, multiples of a single letter or in combination with a design<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77141905 |
| **Filing Date** | March 27, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 2, 2007 |
| **Registration Number** | 3355451 |
| **Registration Date** | December 18, 2007 |
| **Owner** | (REGISTRANT) Devicom International, Inc. CORPORATION CALIFORNIA 386 Beech Ave. Ste B-5 Torrance CALIFORNIA 90501 |
| **Attorney of** | |

1

**EXHIBIT A**

| | |
|---|---|
| **Record** | Robert J. Lauson |
| **Description of Mark** | The color(s) red, white, and black is/are claimed as a feature of the mark. The mark consists of a stylized "S" on white background outlined in red and the letters SNEAKERHEAD in black block letters below. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# SNEAKER HEAD

ПОЗДРАВЛЯЕМ С НАСТУПАЮЩИМ НОВЫМ ГОДОМ И РОЖДЕСТВОМ!

Cart is empty.
**Login**
Register

- Shoes
- Apparel
- Stuff

- adidas
- and1
- Asics
- beachfeet
- Code Red
- converse
- djinns
- Hub
- jordan
- k1x
- k1x shorty
- lacoste
- Local celebrity
- Monster
- Nike

New

Image Unavailable

**big nike high qk**
82$



**chopped tag zipper hoody**
27$

Last Updated: Thursday, 09 December 2010 21:35

Product Name

New
Sale

Delivery

Contact Information

News

Группа ВКонтакте



Search

Home  Profile  Account

**Sneakerhead**  Like

Wall | Info | Photos | Discussions | Reviews

### Basic Info

Location: 150-51 14th Ave
Whitestone, NY, 11357

### Detailed Info

Website: http://www.sneakerheadus.com
http://www.sneakerhead.ru
Mon - Sat: 12:00 pm - 8:00 pm
Sun: 1:00 pm - 6:00 pm
Parking: Street
Parking Lot

### Contact Info

Phone: 718-767-5100

---

Suggest to Friends

SNEAKERHEAD is Whitestone's premiere athletic footware and apparel store featuring Nike, k1x, Puma, New Balance, Diesel, FILA, Jordan, Skullcandy, Neff, 7 For All Mankind and many more! Stop by and check us out!

### Information

Location:
150-51 14th Ave
Whitestone, NY, 11357

### 69 People Like This

 

Barbara Glushchenko | Mike DeGennaro | David Maldonado



Joey Martinez | Aaron Simon | Steven Merced

### Favorite Pages
6 of 7 Pages    See All



Nike | Puma | Jordan



SneakerHead Russia | k1x - nation of hoop | Skullcandy

### Photos
2 of 4 albums    See All


**Wall Photos**
Updated about 2 weeks ago


**k1x meet the parents @ Sneakerhead**
Created about 2 weeks ago

No one has added fan photos.

### Links
3 links    See All

Sneaker Headus
5:47pm Nov 23

k1x.com - Blog Archive » Store Check: Sneakerhead NYC

---

### Create an Ad

**Up To 80% Off Skatewear**
jackthreads.com



Get up to 80% off on top tier skate brands at JackThreads. Exclusive pricing for members. Join now for free and start saving.

**Free Season Pass Giveaway**



MOUNTAIN HIGH IS NOW OPEN. Win a season pass by joining our Facebook page. Get the latest resort info and special offers.

**The Nike LeBron Air Max 8**



This evolved hoops shoe is lighter and stronger with the technology you need to play your best game. See it at NikeStore.com.

**Google Chrome**



Excited about Chrome OS? Click "Like" to get the latest announcements.

Brianna Calvo, Chris Tyler Calvo, and 4 other friends like this.
Like

More Ads


EXHIBIT C



My Account    My Rewards    Order Status    Call 1-866-339-7463


Shopping Bag

MEN'S   WOMEN'S   KIDS'   PRESCHOOL   ACCESSORIES   OUTLET

Enter Keyword or Style No. 

- New Arrivals
- Best Sellers
- **Nike**
  - Nike Air Force 1
  - Nike Dunk
  - Nike Air Max
  - Nike Lifestyle
  - Nike Retro Lifestyle
  - Nike Basketball Retro
  - Nike Basketball Sport
  - Running/Training Retro
  - Running/Training Sport
  - Nike ACG
  - Nike SB
  - Nike Blazer
  - Nike Cortez
  - Nike Vandal
- **Air Jordans**
- **Adidas**
- **Reebok**
- **Puma**
- **Vans**
- **K Swiss**
- **Converse**
- **Designer Sneakers**
- **Radii**
- **Supra**
- **PF Flyers**
- **Clae**
- **Native**
- **Keep**
- **Gourmet**
- **Timberland**
- **New Balance**
- **Creative Recreation**
- **Robin's Jean**
- **Ateliers Arthur**

**Popular Search**
Nike Limited Editions  Women's Boots
Nike Air Max 90  Kobe  Lebron  Radii
Nike Blazer  Nike HyperDunk
Nike Shox  Shoes  Air Jordan 23  Supra

NIKE AIR MAX   1 2 3 4 5

FREE HOLIDAY SHIPPING GUARANTEED by Dec. 24TH
Keep

NEW ARRIVALS   Last Update: 12/14/2010   See All New Arrivals


Air Jordan XIII (13) Retro
Our Price: $189.99

Designed by Tinker Hatfield, the Air Jordan 13 (XIII) was released in 1997 and inspired by the panther due to the similarities between this powerful ...


Air Jordan 1 Anodized (Armor)
Our Price: $139.99

Although we have seen many new Air Jordan 1 colorways in the past few years, the Air Jordan 1 Anodized is definitely something completely different. ...


Air Jordan 11 (XI) Retro (Kids)
Our Price: $149.99

The Air Jordan Retro XI Cool Grey has to be the most anticipated release of 2010. Originally worn by Michael Jordan during the 1995 NBA season, ...


Nike Air Max CB 34
Our Price: $129.99

The original Nike Air Max CB34 was released in 1995 and designed for Sir Charles Barkley. They sport a straight outta the 90's" jagged design, ...


Nike Air Max LeBron 8 (VIII)
Our Price: $149.99

The 2010-11 NBA season is going to be HUGE for LeBron James, and he'll be lacing up his signature Nike Air Max LeBron 8 basketball ...


Air Jordan 1 Anodized (Armor) (Kids)
Our Price: $89.99

Although we have seen many new Air Jordan 1 colorways in the past few years, the Air Jordan 1 Anodized is definitely something completely different. ...


Nike ACG Woodside
Our Price: $99.99

This is Nike's comfortable version of the classic duck boot, the Nike Woodside. They are part of the ACG (All Conditions Gear) collection and feature ...


Reebok Pump Omni Lite (Flight Jacket)
Our Price: $99.99

Dee Brown made the Reebok Pump Omni Lite popular in the 1991 NBA Dunk contest, but they still live on today with new colors and ...


Timberland Abington Hiker GTX Boots
Our Price: $179.99

Here is another classic model from the Timberland Abington Collection. The rugged Abington Hiker Boot has a suede upper sourced from the Charles F. Stead ...


EXHIBIT D

Sneaker Academy
Sneaker History   Sneaker Care
Sneaker Brands   Air Jordan
Sneaker Technology   Nike Shox
Avoid fake   Shoe History





Nike Dunk Low SB (Loon)
Our Price: $97.99

Sample pics of the Nike SB Dunk Loon first surfaced about 5 years ago, and after an unexplained delay, they are finally here. Inspired by ...



Adidas Top Ten Star Wars (C-3PO & R2-D2)
Our Price: $109.99

The Adidas Top Ten Low Star Wars C-3PO & R2-D2 is definitely the fan favorite of the Adidas x Star Wars collection. The duo is ...



Nike Pepper Low
Our Price: $64.99

Nike knows sometimes simple is better. This is true with the clean, low cut Nike Pepper. These straight up casual kicks feature all leather construction ...

### Who is Sneakerhead.com?

We are a unique internet retailer specializing in exclusive footwear and distinguished goods. Currently, we carry Nike, Air Jordan, Adidas, Reebok, Puma and many more.

### Meister Chief (Black/Black)

The current collection from Meister includes quality timepieces that have undeniable appeal. They are crafted with precision, available in an array of colors, and often feature carbon fiber accents..

### Discount Nike Shoes

Check out all the deals at Sneakerhead Outlet. You'll get 100% authentic sneakers, including Nike, Air Jordan, Reebok, Puma and Converse at outlet prices.

### About Us:
- Why Sneakerhead
- Testimonials
- Privacy Policy
- Secure Shopping
- Site Map

### Customer Service:
- Contact Us
- Shipping
- Returns
- International Orders
- Size Chart

### Sneakerhead Fans:
- Sneakerhead Blog
- Sneakerhead Academy
- Sneakerhead Gift Card



### Newsletter Sign Up

Enter Your Email Here!   

### Secure Shopping

  

Copyright © 2001 - 20010 Sneakerhead.com. All Rights Reserved. 12325 Imperial Highway #326 Norwalk, CA 90650, USA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| DEVICOM INTERNATIONAL, INC., a California corporation<br>*Plaintiff*<br>v.<br>SNEAKERHEAD, an unknown entity; SNEAKERHEADUS.COM, an unknown entity; SNEAKERHEADUS.RU, an unknown entity; and DOES 1 through 10<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.<br>**CV11·00324** DSF (AGRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. Lauson, Esq.
Lauson & Tarver, LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JULIE PRADO

Date: JAN 12 2011

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> DEVICOM INTERNATIONAL INC., <br> a California corporation | **DEFENDANTS** <br> SNEAKERHEAD, an unknown entity; SNEAKERHEADUS.COM, an unknown entity; SNEAKERHEADUS.RU, an unknown entity; and DOES 1 through 10 |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Robert J. Lauson, Lauson & Tarver LLP <br> 880 Apollo Street, Suite 301 <br> El Segundo, CA 90245, 310-726-0892 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No           ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Lanham Act, 15 U.S.C. §§ 1051 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV11-00324**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  JAN 7, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV11- 324 DSF (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY