Robert Lauson, Esq. (SBN 175,486)
   bob@lauson.com
Edwin Tarver, Esq. (SBN 201,943)
   edwin@lauson.com
LAUSON & TARVER LLP                    JS 6
880 Apollo Street, Suite 301
El Segundo, California 90245
Telephone:  (310) 726-0892
Facsimile:  (310) 726-0893

Attorneys for Plaintiff, DEVICOM INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **DEVICOM INTERNATIONAL INC., a California corporation,**<br><br>                        **Plaintiff,**<br>      v.<br><br>**SNEAKERHEAD, an unknown entity; SNEAKERHEADUS.COM, an unknown entity; SNEAKERHEADUS.RU, an unknown entity; and DOES 1 through 10,**<br>                        **Defendants.** | **Civil Action No. CV11 00324 DSF-AGR**<br><br>**Stipulated Consent Judgment And Permanent Injunction** |

   Plaintiff, DEVICOM INTERNATIONAL, INC., and Defendant RISE ON TOP LLC, a Delaware limited liability company, erroneously sued as SNEAKERHEAD and SNEAKERHEADUS.COM, agree as follows:

   1.   Plaintiff DEVICOM INTERNATIONAL, INC. is a corporation organized and existing under the laws of the State of California, engaged in online

-1-

retail sales of athletic footwear and having a website at www.sneakerhead,com, with a mailing address of 16310 Arthur Street, Cerritos, California 90703 ("Devicom").

2.  Defendant RISE ON TOP is the owner and operator of a Sneakerhead retail store that opened October 7, 2010 selling athletic footwear, located in a premium outlet mall at 150-51 14th Avenue (First Floor), Whitestone, New York, 11357, tel. (718) 767-5100.  Defendant's website sneakerheadus.com launched in about November, 2010 advertising shoes.

3.  Devicom is the owner of U.S. Trademark Registration No. 3,355,451 SNEAKERHEAD® for retail store services featuring shoes and other wearable articles, and since at least as early as 2003 has been selling a wide variety of athletic shoes online at sneakerhead.com.  Devicom's website garners substantial traffic from across the U.S. including the New York City area, and Devicom sells and causes substantial quantities of shoes to be delivered across the U.S. into New York.

4.  Plaintiff Devicom contends that Defendant Rise on Top's acts of using the Sneakerhead mark give rise to a likelihood-of-confusion, and thus constitute federal trademark infringement under the Lanham Act, 15 U.S.C. §1114(1).  Defendant Rise on Top agrees that judgment may be entered against it in the above-entitled action as set forth below, and the parties waive any findings of fact or conclusions of law under Fed. R. Civ. P. 52 or any other applicable rule, in order to effectuate the terms of this Order and fully resolve all claims asserted in this action.

Case 2:11-cv-00324-DSF-AGR   Document 11   Filed 04/07/11   Page 3 of 4   Page ID #:51

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action as a federal question pertaining to trademarks pursuant to 28 U.S.C. §§ 1331, 1338(a).

2. Plaintiff's SNEAKERHEAD® registered trademark is presumed valid and enforceable, and was infringed by Defendant Rise on Top by its advertising and sales of shoes under the Sneakerhead trade name.

3. Effective immediately Defendant Rise on Top and its owners, employees, agents, related companies, and all persons and entities in active concert or participating with any of them are permanently enjoined:

   (a) from using, in connection with their present or future business affairs, Devicom's SNEAKERHEAD® mark or colorable imitations thereof; and

   (b) from using the term "Sneakerhead" or colorable imitations in any manner pertaining to identifying the source of shoe or other wearable articles or related goods or services, including on any signage, graphic display or print advertising of any kind, or as an Internet domain name or part of a domain name.

/ / /

/ / /

/ / /

4. Rise on Top shall pay to Devicom the sum of $2500 (Two Thousand Five Hundred U.S. Dollars) towards its reasonable attorney's fees and other costs.

AND THAT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF ACCORDINGLY.

Dated: 4/7/11                    By: *Dale S. Fischer*
                                                  United States District Judge

Presented by:

LAUSON & TARVER LLP

By:_____
    Robert J. Lauson, Esq.
    Attorneys for Plaintiff

RISE ON TOP LLC

By:_____
    Lev Dashev, General Manager